AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

IANI S. TASSEV

CASE NUMBER:   1: 11-CR-228 (GLS)

I, __IANI S. TASSEV__, the above named defendant, who is accused of

Conspiracy to Possess with Intent to Distribute Marijuana, in violation of 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A) and 846 and Conspiracy to Launder monetary Instruments, in violation of Title 18 U.S.C. Sections 1956(h) and 1956(a)(1)(B)(i).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 12, 2011__ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

_____
IANI S. TASSEV
Defendant

_____
Gaspar M. Castillo, Esq.
Counsel for Defendant

Before _____
Judge