UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**CRIMINAL PLEA** ~~MINUTES~~
~~INDICTMENT~~ / INFORMATION

DATE: May 12, 2011

LOCATION: **Albany**, New York

TIME: START: **10:00 a.m.** / STOP: 10:30 am

PRESIDING: **Hon. Gary L. Sharpe**

CLERK: John Law

COURT REPORTER: ~~Theresa Casal / Bonnie Buckley~~ / Lisa Tennyson

---

**UNITED STATES OF AMERICA**

VS.                                NO. **11-CR-228 (GLS)**

**IANI S. TASSEV**

---

APPEARANCES:

| | |
|---|---|
| **DANIEL HANLON, AUSA** | For the Government |
| **GASPAR CASTILLO, ESQ.** | For the Defendant |
| Melyssa Inman | Probation / ~~Pretrial Officer~~ |
| NONE | Interpreter |

* NOTE: If more than one defendant appears for the SAME CHARGE AND DISPOSITION, list all defendants on one form. If separate charges or dispositions are had, use a separate form for EACH DEFENDANT. Attach a separate sheet if additional space is needed.

Page #2 - Criminal Minutes
USA   VS   **TASSEV**

| | | |
|---|---|---|
| ✓ | Waiver of Indictment | |
| ✓ | Filing of Information | |
| ✓ | Entry of Guilty Plea | Counts 1 and 2 |
| | Change of Plea to Count(s) | |

| | |
|---|---|
| ✓ | Defendant appears in court (with) / without counsel. |
| ✓ | Defendant is advised of (his) / her constitutional rights. |
| ✓ | Defendant states TRUE NAME is Iani S. Tassev. |
| ✓ | Waiver of Indictment is executed in open court. |
| ✓ | Waiver is (accepted) / ~~rejected~~ by the Court. |
| ✓ | Defendant signs Waiver Form and Information is filed. |
| | Defendant waives reading of the Indictment / Information. |
| ✓ | (Information) / Indictment is read by ~~Deputy Clerk~~. Judge Sharpe |
| ✓ | Defendant enters plea of GUILTY to Count(S) 1 + 2. |
| ✓ | Defendant is questioned regarding background, education, understanding and consequences of a plea and willingness to plead guilty. |
| ✓ | Defendant advised of the maximum penalties under the law and proof to be offered if case went to trial. |
| ✓ | Penalties are pursuant to ADVISORY GUIDELINES under the Sentencing Reform Act. |
| | Offense occurred PRIOR TO THE SENTENCING REFORM ACT (before **November 1, 1987**). |
| ✓ | Court makes inquiry of defendant's waiver of appeal rights. |
| ✓ | Court (accepts) / ~~rejects~~ Guilty plea. Plea agreement (is) / ~~is not~~ handed up for filing. |
| ✓ | Remaining count(s) # 1 of Indictment 10-CR-583 to be dismissed at time of sentencing. |
| ✓ | SENTENCING scheduled for 9/8/11 at 11:00 A.M. in **ALBANY**, New York. |
| ✓ | Presentence Report is (ordered) / ~~waived~~. |

Page #3 - Criminal Minutes
USA   VS   **TASSEV**

|   |   |
|---|---|
|   | An expedited presentence report is requested by the Court / defense counsel / both. |
| ✓ | Immigration consequences are discussed with the defendant and the defendant is aware that deportation is a possible outcome of this criminal proceeding. |
|   | Additional Information: _____ |
| ✓ | Defendant is ~~continued on bail as previously set~~ / ~~R.O.R.~~ referred to the underlying Magistrate Judge for bail. |
|   | Defendant is remanded to the custody of U. S. Marshal. |
| ✓ | Defendant's Attorney was ~~appointed~~ / (retained). |

## ADVISORY MAXIMUM SENTENCING GUIDELINES

| | | | |
|---|---|---|---|
| Imprisonment: | Life/20 mo/yrs | Applicable Guideline Section: | — |
| Fine: | $ 10,000,000.00 | Base Offense Level: ($250,000.00) | (32) |
| Supervised Release: | 5-Life/3 Year(s) | Base Offense Enhancement: | (2) |
| Special Assessment: | $100.00 / COUNT | Criminal History Category: | N/P |
| Possible Deportation: | Yes | Reduction for Acceptance: | (2)(1) |
| Forfeiture: | Yes | Total Offense Level: | N/P |
| Restitution: | — | Imprisonment Range: | ___ Months |
| Mandatory Minimum: | 10 years | The defendant waives his right to appeal: | 188 Months or less |