

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*         *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

January 8, 2019

<u>Filed via ECF</u>

Hon. Gary L. Sharpe
Senior U.S. District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, 1st Floor
Albany, NY 12207

   Re: United States v. Iani Tassev
     Criminal No. 11-CR-228 (GLS)

Dear Judge Sharpe:

 The United States respectfully requests an adjournment of the following sentencing proceeding for 60 days.

 Iani Tassev, currently scheduled for January 29, 2019.

 Thank you for your consideration in this matter.

       Respectfully submitted,

       GRANT C. JAQUITH
       United States Attorney

   BY: /s/ *Daniel Hanlon*

       Daniel Hanlon
       Assistant U.S. Attorney
       Bar Roll No. 514103

Cc: Andrew Safranko, Esq.
   Via ECF