

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*           *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

April 17, 2019

Filed via ECF

Hon. Gary L. Sharpe
Senior U.S. District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, 1st Floor
Albany, NY 12207

      Re:    United States v. Iani Tassev
                Criminal No. 11-CR-228 (GLS)

Dear Judge Sharpe:

    The United States respectfully requests an adjournment of the following sentencing proceeding for 14 days.

    Iani Tassev, currently scheduled for May 8, 2019.

    Thank you for your consideration in this matter.

                              Respectfully submitted,

                              GRANT C. JAQUITH
                              United States Attorney

            BY:    /s/ *Daniel Hanlon*

                              Daniel Hanlon
                              Assistant U.S. Attorney
                              Bar Roll No. 514103

Cc:    Andrew Safranko, Esq.
        Via ECF