# DBLS

**DREYER · BOYAJIAN**
**LAMARCHE · SAFRANKO**
ATTORNEYS AT LAW

*Via ECF*

June 24, 2019

Hon. Gary L. Sharpe
Senior U.S. District Judge
Northern District of New York
James T. Foley U. S. Courthouse
445 Broadway
Room 112
Albany, NY 12207

Re:   USA v. Iani Tassev
      Case No. 11-cr-00228-GLS-1

Dear Judge Sharpe:

As you know, I represent Iani Tassev regarding the above-referenced matter. Sentencing is scheduled for July 15, 2019, with sentencing memorandum due to be submitted today.

I request a brief extension of time to Friday, June 28, 2019 for both the defense and government to file our sentencing memorandums. We are not requesting an adjournment of the sentencing date. AUSA Hanlon consents to this request.

Please advise as to the Court's position.

Thank you for your attention and consideration of this matter.

Very truly yours,

DREYER BOYAJIAN LAMARCHE SAFRANKO

Andrew R. Safranko
asafranko@DBLS.com

ARS/mbl

Cc:   AUSA Dan Hanlon