Good afternoon your Honor,

I stand here grateful for the opportunity you granted me 8 years ago to have a chance to be a better person. These past 8 years I spent creating a family, becoming a father twice, working hard at the various jobs I have had and always following the guidelines of the bail you granted me.

I have been a free man and I have been able to mask much of my troubles to my family, friends and strangers. I have managed to keep all my worries and a great extent of my feelings to myself but today I have to let you have a glimpse of what I hold deep within my mind, so that you can decide what my future path in life would be.

Growing up I always had a goal to be financially independent and not to be a burden to my parents. I worked at Aramark food services in high school so that I can buy a computer and once I did that in 1999 I became a computer technician for the rest of my 2 years in high school. Deep inside of me I wanted to be as studious as my brother and as humble as my father. I often dreamt and still do to have the financial and physical ability to help those around me. It has been a spontaneous reflex to extend my support to people that I love but also strangers. This desire to be successful unfortunately is a reason for me to be here. It is not the circumstances, nor the influence of friends or the lack of education that are the cause of my crimes. I have spent now years looking for an answer for the choices I made in my twenties. I can only point the finger at me. I was the one that had the greed in me. I was the one that made choices to sell marijuana. As if I was living a dream as a young man that did not have consequences.

Your honor, I am embarrassed for what I have done and the pain I have caused. I cannot forgive myself for the foolish actions I made. I struggle internally with this oppressively constant guilt and shame. I hide it all from my kids and wife because it is my own doing and I do not wish for them to experience even for a second the torture that has been in my mind for now 8 years. I do my best to be strong, free and happy. I focus on educating my son and daughter and nourish them with love and happiness. I never want to not be by their side for eternity so that I can guard them from any bad choices I have made in my life. I know it is not possible to always be there but I am simply sharing the frightening instincts I have developed.

My inability to forgive myself is a mental torture and to ask you for forgiveness or anyone else is by far the hardest thing I can ask for. How can I expect that even God will forgive me if I am not able to accept myself? I stand here in front of you hoping for your consideration to further grant me freedom to be with my kids and also be free of my nightmares. I pray that the past 8 years have been a good example of how I have worked on transforming my life and making good choices. I take full responsibility for all my actions and I humbly ask you to not take me away from my 3 and 4.5 year old children.

Thank you,

Iani