

United States Department of Justice

United States Attorney
Northern District of New York

---

445 Broadway, Room 218　　　　　　Tel.: (518) 431-0247
James T. Foley U.S. Courthouse　　　 Fax: (518) 431-0249
Albany, New York 12207-2924

July 24, 2019

Hon. Gary L. Sharpe
Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 112
Albany, New York 12207

　　　　Re:　*United States v. Iani Tassev*
　　　　　　　Criminal No.: 11-CR-228

Dear Judge Sharpe:

　　On June 2, 2011, the Court issued a Preliminary Order of Forfeiture directing forfeiture of the above named defendant's, interest, if any, in certain property.

　　The United States published notice of Preliminary Order of Forfeiture on the government's official internet website, www.forfeiture.gov, and the Declaration of said Publication is on file with the District Court Clerk's Office. The notice advised all potential third parties of their right to petition the Court within sixty (60) days after the first day of publication for a hearing to adjudicate the validity of their claimed legal interest in the forfeited properties. The government also provided direct written notice to all known potential third parties, if any. There have been no petitions in response to either form of notice.

　　In accordance with General Order 15 (IV)(H) and Fed. R. Crim. 32.2(b)(4) the government submits this letter to advise the Court that (i) no ancillary claims were filed, (ii) the Preliminary Order of Forfeiture is now final as to the defendant, and (iii) no separate Final Order of Forfeiture will be presented.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　GRANT C. JAQUITH
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　/s/ Alicia G. Suarez
　　　　　　　　　　　　　　　　　Alicia G. Suarez
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Bar Roll No. 700218

AGS/jdt
cc: Andrew R. Safranko, Esq., *via* ECF
　　George E. LaMarche, Esq., *via* ECF

SO ORDERED:

*/s/ Gary L. Sharpe*
U.S. District Judge
Date: July 25, 2019